Deceased, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment and order denying motion for new trial upon the minutes of the court affirmed, with costs. All concurred.

JOHN A. DONOVAN, as Administrator, etc., of WARREN F. DONOVAN, Deceased, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Order denying motion for new trial upon the ground of newly-discovered evidence affirmed, with costs. All concurred.

HERBERT HESS COMPANY, INC., Respondent, v. DAYTON S. HESSLER, Appellant.— Judgment affirmed, with costs. All concurred, except Foote, J., who dissented.

EDWARD A. NIEL, Respondent, v. EDNA MAY POST, Sometimes Known as EDNA MAY FOSTER, etc., and Sometimes Known as EDNA MAY NIEL, etc., Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

WALLACE R. REID, Respondent, v. CARLTON M. SMITH, Appellant, Impleaded with Others.— Judgment affirmed, with costs. All concurred.

NEWTON B. GORHAM, Respondent, v. JAMES H. JACKSON and Another, Appellants.— Judgment and order affirmed, with costs. All concurred, except Foote, J., who dissented.

HENRY P. BURGARD COMPANY, Respondent, v. JULIUS ULLMAN and Others, Appellants.— Judgment affirmed, with costs. All concurred.

MARIE BALL, as Executrix, etc., of JOHN BALL, Deceased, Appellant, v. GEORGE B. BROOKS, Individually and as Executor, etc., and Others, Respondents.— Judgment affirmed, with costs. All concurred.

MARIE BALL, as Executrix, etc., of JOHN BALL, Deceased, Appellant, v. GEORGE B. BROOKS and Others, Respondents.— Order denying motion for new trial upon the ground of newly-discovered evidence affirmed, with costs. All concurred.

CHARLES W. GAYLORD, as Trustee in Bankruptcy, etc., of LOREN E. BASSAGE, a Bankrupt, Respondent, v. LOREN E. BASSAGE and Another, Appellants.— Judgment affirmed, with costs. All concurred.

ANTONIO MARTONE, Appellant, v. HENRY L. CONWAY and Another, Individually and as Executors, etc., Respondents.— Judgment of County Court reversed and judgment of Municipal Court affirmed, with costs to plaintiff in the County Court and in this court. Held, that the evidence was sufficient to sustain the judgment of the Municipal Court. All concurred, except Kruse, P. J., who dissented.

FRANK H. CADBY and Another, Respondents, v. CHARLES W. HILL and Others, Appellants.— Judgment and order reversed, with costs, and complaint dismissed, with costs. Held, that even assuming that the defendants were guilty of some negligence, we are of the opinion that the proof established that the plaintiffs were themselves guilty of negligence which contributed to the result. All concurred.

BUFFALO SAVINGS BANK, Appellant, v. ROSA ELDRING and Another, Respondents.— Judgment affirmed, with costs. Held, that in view of the fact that the issue was limited upon the trial, by consent, to the question whether the defendant Rosa Eldring personally signed the bond and mort-